IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHIMAINE WARD,

    Plaintiff,                    No. CIV S-10-0019 DAD P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.           ORDER

_____/

        This action has been removed from the Sacramento County Superior Court. Defendants request that they be granted thirty days from the date of the court's screening order to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' January 4, 2010 motion for an extension of time (Doc. No. 1) is granted; and

        2. Defendants shall have thirty days from the date of the court's screening order to file a responsive pleading.

DATED: January 25, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ward0019.36