IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHIMAINE WARD,** | Case No. 2:10-cv-00019 KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On March 24, 2011, Defendants filed a request for substitution of parties, asking that Edmund G. Brown, Jr., take the place of Defendant Schwarzenegger.  Defendants make this request on the grounds that Schwarzenegger is no longer employed as the Governor of the State of California, and that Schwarzenegger has been replaced as the Governor of the State of California by Brown, and Schwarzenegger has been sued solely in his official capacity.

**IT IS HEREBY ORDERED** that Edmund G. Brown, Jr. take the place of Defendant Schwarzenegger.  Defendant Schwarzenegger is hereby dismissed from this action.

Dated:  March 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1