Ian B. Kelley, CASBN 215393
Paul L. Alaga, CASBN, 221165
Ananda Joy Norris, CASBN 226773
885 Bryant Street, Suite 202
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| SHIMAINE WARD, | Case No.  2-10-cv-0019 KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR VDRP REFERRAL** |
| vs. | **ORDER** |
| EDMUND G. BROWN JR., in his official capacity as Governor for the State of California; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; MATTHEW CATE, in his official capacity as the Secretary of California Department of Corrections and Rehabilitation; MELINDA JAMES; and DOES 1-50, inclusive, | |
| Defendants. / | |

   Pursuant to Rule of Civil Procedure 16(b)(4) and Local Rule 271, the parties do stipulate and request that the court Order the matter referred to VDRP on the following terms and conditions:

   VDRP to be completed by August 15, 2011;

   VDRP confirmation to be filed by the Neutral 14 days thereafter;

   The Discovery Deadline currently set for July 18 is extended to September 1;

   The Dispositive Motion Deadline currently set for August 19 is extended to October 1;

1  All other deadlines remain unchanged.

5  Dated:                                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ian Kelley
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

12  Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Philip A. Arthur
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

16  IT IS SO ORDERED.

19  Dated:  July 6, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE