IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| SHIMAINE WARD, | Case No.  2-10-cv-0019 FCD KJN |
| Plaintiff, | **ORDER EXTENDING TIME FOR DISCOVERY** |
| vs. | |
| EDMUND G. BROWN JR. et. al, | **(MODIFIED FROM SUBMITTED VERSION)** |
| Defendants. / | |

GOOD CAUSE APPEARING, the scheduling Order for this matter is hereby modified as follows:

1. The date for completing the VDRP extended from August 15, 2011 to October 15, 2011.
2. The deadline for discovery is extended from September 1, 2011 to November 1, 2011.
3. The deadline for Dispositive Motions is extended from October 1, 2011 to **December 2, 2011**.
4. The final pretrial conference set from October 7, 2011 is reset to **February 3, 2012 at 1:30 p.m.**, and the jury trial date of December 6, 2011 is reset to **April 10, 2012, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  August 23, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1