IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHIMAINE WARD,  )
                                                )   2:10-cv-0019-GEB-KJN
        Plaintiff,  )
                                                )
   v.  )   <u>ORDER MODIFYING STATUS</u>
                                                )   <u>(PRETRIAL SCHEDULING) ORDER</u>
EDMUND G. BROWN JR., in his  )
official capacity as Governor  )
for the State of California;  )
CALIFORNIA DEPARTMENT OF  )
CORRECTIONS AND REHABILITATION;  )
MATTHEW CATE, in his official  )
capacity as the Secretary of  )
California Department of  )
Corrections and Rehabilitation;  )
MELINDA JAMES; and DOES 1-50,  )
inclusive;  )
                                                )
        Defendants.  )
_____  )

        On October 5, 2011 the parties filed a "Joint Request for Extension of Time for Discovery Deadline[.]" (ECF No. 50.) The Order will be amended but not precisely as the parties propose, since all proposed modifications are not practicable. Therefore, the Status (Pretrial Scheduling) Order is modified as follows.

        The date for completing VDRP is October 31, 2011.

        All discovery shall be completed by December 30, 2011.

        The last hearing date for motions shall be February 6, 2012, commencing at 9:00 a.m.

1   The final pretrial conference is set for April 9, 2012,
2 commencing at 11:00 a.m.
3   Trial commences at 9:00 a.m. on June 5, 2012.

Dated:  October 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge