IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHIMAINE WARD,

    Plaintiff,                      No. 2:10-cv-0019 KJN P

    vs.

BROWN, et al.,

    Defendants.               ORDER

_____/

        On January 20, 2012, this civil rights action was reassigned to the undersigned upon consent of the parties. Discovery is closed. Dispositive motions shall be filed on or before March 9, 2012, and briefed pursuant to Local Rule 230(*l*). A further scheduling order will issue following resolution of dispositive motions. Accordingly, IT IS HEREBY ORDERED that:

        1. All pretrial motions, except motions to compel discovery, shall be filed on or before March 9, 2012. Motions shall be briefed in accordance with Local Rule 230(*l*), and submitted on the papers without oral argument.

        2. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: February 1, 2012

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

ward0019.41