IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHIMAINE WARD,

      Plaintiff,                  No. 2:10-cv-0019 KJN

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,         ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on January 8, 2013, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than seventy-five (75) days from the date of this order.

      All hearing dates set in this matter, including the pretrial conference on January 24, 2013 and trial on February 25, 2013, are **VACATED.**

////

////

////

////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: January 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE